| | |
|---|---|
| ROBERT H. SCRIBNER  CA Bar No. 58260<br>MARK MILLER  CA Bar No. 116349)<br>KIMBLE, MacMICHAEL & UPTON<br>A Professional Corporation<br>5260 North Palm, Suite 221<br>Post Office Box 9489<br>Fresno, CA 93792-9489<br>Telephone:  (559) 435-5500<br>Facsimile:   (559) 435-1500 | IGOR SHOIKET (CA Bar No. 190066)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 705-6383<br>Email: ishoiket@dergnoah.com<br><br>Attorneys for Defendant<br>BERKELEY FORGE & TOOL, INC. |

CHARLES W. SHIFLEY (Ill. Bar No. 2587564)
LOUSI DISANTO (IL Bar No. 6286044)
JUSTIN BUSCH (motion pending)
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 463-5000
Facsimile: (312) 463-5001
Appearances *Pro Hac Vice*

Attorneys for Plaintiff
ESCO CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| ESCO CORPORATION<br>an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BERKELEY FORGE & TOOL, INC.,<br>a California Corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 09-1635 SBA<br><br>**ORDER PERMITTING MORE TIME TO COMPLETE PRIVATE MEDIATION** |

**ORDER**

The Court hereby extends the time to complete mediation through March 2, 2010 and further date without delay that the parties find necessary.

IT IS SO ORDERED.

Dated: 2/22/10

*[signature]*
The Honorable Saundra B. Armstrong
United States District Court Judge

Joint Motion and Proposed Order Permitting More Time For Private Mediation3　　　Case No. CV 09-1635 SBA