UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESCO CORPORATION<br>an Oregon corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>BERKELEY FORGE & TOOL, INC.,<br>a California Corporation,<br><br>           Defendant. | Case No. CV 09-1635 SBA<br><br>**FINAL DECISION AND ORDER PURSUANT TO STIPULATION** |

Pursuant to joint motion and stipulation of the Plaintiff, ESCO Corporation and Defendant, Berkeley Forge & Tool, Inc., which includes the stipulation that this final decision should be entered, this Court enters this final decision that Berkeley Forge & Tool, Inc. has not sustained its burden of proving the invalidity of any patent claim of U.S. Patent No. 7,171, 771 or U.S. Patent No. 7,174,661. This action is dismissed with prejudice. This decision is an Order of the Court which is final, enforceable and not appealable.

IT IS SO ORDERED.

Dated: March 8, 2010            By: _____
                                                            The Honorable Saundra B. Armstrong
                                                            United States District Court Judge